### UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | |
|---|---|
| ERICKA PEACOCK JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:20-cv-00601-DJH-CHL |
| EVOLENT HEALTH LLC, | ) |
| Defendant. | ) |

## **NOTICE OF APPEAL**

\* \* \* \* \* \*

Notice is hereby given that Plaintiff, Ericka Peacock Johnson, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment (DN 59) and Memorandum Opinion and Orders (DN 57) entered in this action by this Court on June 8, 2022. Plaintiff also appeals any future award of costs.

The name of the Appellant is Ericka Peacock Johnson. The name of the Appellee is Evolent Health, LLC.

Respectfully submitted,

/s/ *Garry R. Adams*
GARRY R. ADAMS
ABIGAIL V. LEWIS
ADAMS LANDENWICH WALTON, PLLC
517 West Ormsby Avenue
Louisville, KY  40203
garry@justiceky.com
abigail@justiceky.com
(502) 561-0085
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2022, the foregoing Notice of Appeal was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all registered participants.

/s/ *Garry R. Adams*
GARRY R. ADAMS